**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF GEORGIA**

(Gainesville Division)

| | | |
|---|---|---|
| SHERYL ("Sherry") CARR | ) | Civil Action No. 2:25-CV-00312-SCJ |
| Plaintiff, | ) | |
| v. | ) | |
| FABRIZIO SBURLATI, | ) | |
| a/k/a "Fabri Esse", | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL NOTICE OF OFFICIAL UNITED**

**STATES COPYRIGHT OFFICE CORRESPONDENCE**

Plaintiff respectfully submits this Supplemental Notice concerning official correspondence received from the United States Copyright Office on August 6, 2026, subsequent to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction and August 3, 2026 Supplement. The correspondence concerns the same works and competing copyright registrations addressed in those filings and is submitted to provide the Court with the current official Copyright Office record.

Although Plaintiff submits correspondence for only the representative works identified in Defendant's evidentiary submissions, Plaintiff has submitted copyright

registration applications in 2025 for all twenty-three collaborative sculptural works at issue between the parties. The attached exhibits are limited to the representative works referenced by Defendant. Additional official correspondence concerning the remaining sculptures can be filed, if necessary.

.

Plaintiff attaches the following official United States Copyright Office documents as exhibits to this Notice:

1. **Exhibit A:** Official United States Copyright Office correspondence confirming registration of LOW RIDER as a joint work identifying Plaintiff and Defendant as co-authors.

2. **Exhibit B:** Official United States Copyright Office correspondence confirming registration of KYZAN as a joint work identifying Plaintiff and Defendant as co-authors.

3. **Exhibit C:** Official United States Copyright Office correspondence confirming registration of SKIP as a joint work identifying Plaintiff and Defendant as co-authors.

4. **Exhibit D:** Official United States Copyright Office correspondence confirming registration of BASHIR AL AMAL as a joint work identifying Plaintiff and Defendant as co-authors.

5. **Exhibit E:** Official United States Copyright Office correspondence confirming registration of BACKFIRE as a joint work identifying Plaintiff and Defendant as co-authors.

6. **Exhibit F:** Official United States Copyright Office correspondence confirming registration of DANDY as a joint work identifying Plaintiff and Defendant as co-authors.

7. **Exhibit G:** Official United States Copyright Office correspondence confirming registration of MINI BACKFIRE as a joint work identifying Plaintiff and Defendant as co-authors.

8. **Exhibit H:** Official United States Copyright Office correspondence confirming registration of IMPETUOSO as a joint work identifying Plaintiff and Defendant as co-authors.

9. **Exhibit I:** Official United States Copyright Office correspondence confirming registration of SASHAY as a joint work identifying Plaintiff and Defendant as co-authors.

## VERIFICATION OF EXHIBITS

I, Sheryl Carr, declare under penalty of perjury that I am the Plaintiff in this action and have personal knowledge of the matters stated herein. I further declare that the exhibits attached to this filing are true and correct copies of the documents,

communications, photographs, screenshots, public records, business records, and

other materials they purport to be. Where an exhibit consists of a screenshot or

excerpt, it is a true and accurate copy of the original source or a fair and accurate

depiction of the information as it appeared at the time it was captured.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August, 2026.

_Sheryl Carr_

Sheryl (Sherry) Carr
Plaintiff, *Pro Se*
1275 Jefferson Hwy
Winder, GA 30680
(404) 216-2177
seuntallc@gmail.com

---

**CERTIFICATE OF COMPLIANCE (Local Rule 5.1(B))**

Plaintiff certifies that this document has been prepared in compliance with Local Rule 5.1(B) of the Northern District of Georgia, including the requirement that all text be in at least 14-point font.

_Sheryl Carr_

Sheryl ("Sherry") Carr

**PLAINTIFF'S SUPPLEMENTAL NOTICE OF OFFICIAL UNITED STATES COPYRIGHT OFFICE CORRESPONDENCE**

Carr v. Sburlati

Civil Action No. 2:25-CV-00312-SCJ

## EXHIBITS A-J

## OFFICIAL UNITED STATES COPYRIGHT OFFICE CORRESPONDENCE

For ease of identification only, each exhibit includes a small reference photograph of the corresponding sculptural work. The photograph is provided by Plaintiff and is not part of the official United States Copyright Office correspondence.

| Tab | Description |
|-----|-------------|
| A | "Low rider" - email notice and official correspondence |
| B | "Kyzan" - email notice and official correspondence |
| C | "Skip" - email notice and official correspondence |
| D | "Bashir Al Amal" - email notice and official correspondence |
| E | "Backfire" - email notice and official correspondence |
| F | "Dandy" - email notice and official correspondence |
| G | "Mini Backfire" - email notice and official correspondence |
| H | "Impetuoso" - email notice and official correspondence |
| I | "Sashay" - email notice and official correspondence |
| J | Timeline for all filings with the Copyright Office |

**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:   1-6ZXAQNS

RE:   Low Rider

Dear Sheryl Carr:

We received your application for registration of a copyright claim in the cited work. You have indicated that we made a registration previously in the name of Fabrizio Sburlati under the registration number VAu001567604. It appears that you intend to register the same work.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA 002514437.  We are also writing to notify Mr. Sburlati that an adverse claim is being registered.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

Sincerely,

H. Domencic
Supervisor, Visual Arts Division
Office of Registration Policy & Practice

Enclosures:
  Reply Sheet

# EXHIBIT A

 Gmail                                    **Sherry Carr <seuntallc@gmail.com>**

---

**U.S. Copyright Office Application - 1-14964273215 Low Rider**
1 message

---

**Copyright Office <cop-ad@loc.gov>**                        Thu, Aug 6, 2026 at 3:58 PM
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive your certificate soon, but the registration record should appear in the database at this link within a few days:
https://www.copyright.gov/public-records/

United States Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ZXAQNZ]

---

**SR 1-14964273215.pdf**
189K



# EXHIBIT A



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:    1-6ZXAQJU

RE:    Kyzan

Dear Sheryl Carr:

We received your application for registration of a copyright claim in the cited work. We have also received another application intended to register the same work in the name of Fabrizio Sburlati.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA0002514430. We are also writing to notify Mr. Sburlati, whose work was registered with number VAu001596487, that an adverse claim is being registered.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

Sincerely,

H. Domencic
Supervisor, Visual Arts Division
Office of Registration Policy & Practice

Enclosures:
  Reply Sheet

# EXHIBIT B

 Gmail

Sherry Carr <seuntallc@gmail.com>

## U.S. Copyright Office Application - 1-14964237571 Kyzan

1 message

**Copyright Office** <cop-ad@loc.gov>                                                    Thu, Aug 6, 2026 at 3:40 PM
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive your certificate soon, but the registration record should appear in the database at this link within a few days:
https://www.copyright.gov/public-records/

United States Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ZXAQJZ]

**SR 1-14964237571.pdf**
189K



# EXHIBIT B

 **United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:    1-6ZXAQP1

RE:    Skip

Dear Sheryl Carr:

We received your application for registration of a copyright claim in the cited work. You have indicated that we made a registration previously in the name of Fabrizio Sburlati under the registration number VAu001567607. It appears that you intend to register the same work.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA 002514438.  We are also writing to notify Mr. Sburlati that an adverse claim is being registered.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

Sincerely,

H. Domencic
Supervisor, Visual Arts Division
Office of Registration Policy & Practice

Enclosures:
  Reply Sheet

# EXHIBIT C

 Gmail

**Sherry Carr <seuntallc@gmail.com>**

---

### U.S. Copyright Office Application - 1-14964273000 Skip

1 message

---

**Copyright Office** <cop-ad@loc.gov>                                    Thu, Aug 6, 2026 at 4:11 PM
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive your certificate soon, but the registration record should appear in the database at this link within a few days:
https://www.copyright.gov/public-records/

United States Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ZXAQP6]

---

📄 **SR 1-14964273000.pdf**
188K



# EXHIBIT C



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:   1-6ZXBOE6

RE:    Bashir Al Amal

Dear Sheryl Carr:


We received your application for registration of a copyright claim in the cited work. We have also received another application intended to register the same work in the name of Fabrizio Sburlati.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA 002514542. We are also writing to notify Mr. Sburlati, whose work was registered with number VA 002514541, that an adverse claim is being registered.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

Sincerely,

H. Domencic
Supervisor, Visual Arts Division
Office of Registration Policy & Practice

Enclosures:
  Reply Sheet

# EXHIBIT D

 Gmail

Sherry Carr <seuntallc@gmail.com>

**U.S. Copyright Office Application - 1-14967319080 Bashir Al Amal**
1 message

**Copyright Office** <cop-ad@loc.gov>                                                        Thu, Aug 6, 2026 at 4:49 PM
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive your certificate soon, but the registration record should appear in the database at this link within a few days:
https://www.copyright.gov/public-records/

United States Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ZXBOER]

📄 **SR 1-14967319080.pdf**
187K



# EXHIBIT D



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:   1-6ZXBOA9

RE:   Backfire

Dear Sheryl Carr:

We received your application for registration of a copyright claim in the cited work. We have also received another application intended to register the same work in the name of Fabrizio Sburlati.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA 002514529. We are also writing to notify Mr. Sburlati, whose work was registered with number VA 002514530, that an adverse claim is being registered.

For your information, please note we also processed your registration for "Mini Backfire," which appears to be a smaller version of this work, with registration number VA 002514528. We noted some differences between these two versions of the sculpture that supported separate registrations, though the majority of the works appeared identical to that which Mr. Sburlati submitted.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

Sincerely,

**EXHIBIT E**

Sheryl Carr                                          - 2 -                                          1-6ZXBOA9


H. Domencic
Supervisor, Visual Arts Division
Office of Registration Policy & Practice

Enclosures:
  Reply Sheet


 **Gmail**                                          **Sherry Carr <seuntallc@gmail.c**

---

## U.S. Copyright Office Application - 1-14964295820 Backfire
1 message

**Copyright Office** <cop-ad@loc.gov>                                          Thu, Aug 6, 2026 at 4:3(
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive
your certificate soon, but the registration record should appear in the database at this link within a few days:
https://www.copyright.gov/public-records/

United States Copyright Office



When replying to this email, please include the following thread id (entire line) within the body of your response to
expedite routing to the correct office.

[THREAD ID:1-6ZXBOBG]

---

📄 **SR 1-14964295820.pdf**
   191K



**EXHIBIT E**

**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:    1-6ZXAQR1

RE:    Dandy

Dear Sheryl Carr:

We received your application for registration of a copyright claim in the cited work. You have indicated that we made a registration previously in the name of Fabrizio Sburlati under the registration number VAu001567603. It appears that you intend to register the same work.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA 002514439.  We are also writing to notify Mr. Sburlati that an adverse claim is being registered.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

Sincerely,

H. Domencic
Supervisor, Visual Arts Division
Office of Registration Policy & Practice

Enclosures:
  Reply Sheet

# EXHIBIT F

 Gmail

**Sherry Carr <seuntallc@gmail.com>**

## U.S. Copyright Office Application - 1-14964295680 Dandy

1 message

**Copyright Office** <cop-ad@loc.gov>                                        Thu, Aug 6, 2026 at 4:18 PM
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive your certificate soon, but the registration record should appear in the database at this link within a few days:
https://www.copyright.gov/public-records/

United States Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ZXAQR6]

 **SR 1-14964295680.pdf**
188K



# EXHIBIT F



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:    1-6ZXBOBW

RE:    Mini Backfire

Dear Sheryl Carr:

We received your application for registration of a copyright claim in the cited work. We have also received another application intended to register the same work in the name of Fabrizio Sburlati.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA 002514528. We are also writing to notify Mr. Sburlati, whose work was registered with number, that an adverse claim is being registered.

For your information, please note we also processed your registration for "Backfire," which appears to be a larger version of this work, with registration number VA 002514529. We noted some differences between these two versions of the sculpture that supported separate registrations, though all or the majority of the works appeared identical to that which Mr. Sburlati submitted. His work was registered with registration number VA 002514530.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

# EXHIBIT G

 Gmail

Sherry Carr <seuntallc@gmail.com>

---

**U.S. Copyright Office Application - 1-15019063660 Mini Backfire**

1 message

---

**Copyright Office** <cop-ad@loc.gov>                                    Thu, Aug 6, 2026 at 4:40 PM
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive your certificate soon, but the registration record should appear in the database at this link within a few days:
https://www.copyright.gov/public-records/

United States Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ZXBOC4]

---

📄 **SR 1-15019063660.pdf**
190K



**EXHIBIT G**



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:    1-6ZXBO58

RE:    Impetuoso

Dear Sheryl Carr:


We received your application for registration of a copyright claim in the cited work. We have also received another application intended to register the same work in the name of Fabrizio Sburlati.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA 002514527. We are also writing to notify Mr. Sburlati, whose work was registered with number VA 002514525, that an adverse claim is being registered.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

Sincerely,

H. Domencic
Supervisor, Visual Arts Division
Office of Registration Policy & Practice

Enclosures:
  Reply Sheet

# EXHIBIT H

 Gmail                                              **Sherry Carr <seuntallc@gmail.com>**

### U.S. Copyright Office Application - 1-15019064016 Impetuoso
1 message

**Copyright Office <cop-ad@loc.gov>**                                Thu, Aug 6, 2026 at 4:28 PM
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive your certificate soon, but the registration record should appear in the database at this link within a few days: https://www.copyright.gov/public-records/

United States Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ZXBO7H]

SR 1-15019064016.pdf
190K



# EXHIBIT H



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

August 06, 2026

Sheryl Carr
1275 Jefferson Hwy
Winder, GA 30680

Correspondence ID:   1-6ZXAQUE

RE:   Sashay

Dear Sheryl Carr:


We received your application for registration of a copyright claim in the cited work. We have also received another application intended to register the same work in the name of Fabrizio Sburlati.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for this work as requested. Your registration number is VA 002514521. We are also writing to notify Mr. Sburlati, whose work was registered with number VA 002514522, that an adverse claim is being registered.

This letter is for your information only; no reply is necessary. Should you reply by mail, please return the enclosed Reply Sheet.

Sincerely,

H. Domencic
Supervisor, Visual Arts Division
Office of Registration Policy & Practice

Enclosures:
  Reply Sheet

# EXHIBIT I

 Gmail

**Sherry Carr <seuntallc@gmail.com>**

## U.S. Copyright Office Application - 1-14964273280 Sashay

1 message

**Copyright Office <cop-ad@loc.gov>**                                Thu, Aug 6, 2026 at 4:21 PM
To: seuntallc@gmail.com

Dear Sheryl Carr:

Please see the attachment to this message for more information about the registration for this work. You should receive your certificate soon, but the registration record should appear in the database at this link within a few days: https://www.copyright.gov/public-records/

United States Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ZXAQVG]

📄 **SR 1-14964273280.pdf**
188K



# EXHIBIT I

**Timeline Comparison of Copyright Application Opening Dates**

The following chart identifies the dates on which the U.S. Copyright Office opened Plaintiff's and Defendant's respective copyright applications for the same sculptural works. The chart is presented to provide a chronological comparison of the application opening dates reflected in the Copyright Office records. It is provided for the Court's convenience in reviewing the sequence in which the respective applications were initiated, without regard to the merits or legal effect of those filings. The chart is included as part of the factual record concerning the timing of the parties' respective copyright applications.

| Work | Plaintiff Application Opened | Defendant Application Opened |
| --- | --- | --- |
| Kyzan | 07/20/2025 | 07/28/2025 |
| Dandy | 07/20/2025 | 07/29/2025 |
| Low Rider | 07/20/2025 | 07/29/2025 |
| Skip | 07/20/2025 | 07/29/2025 |
| Sashay | 07/20/2025 | 02/27/2026 |
| Backfire | 07/20/2025 | 02/28/2026 |
| Bashir Al Amal | 07/24/2025 | 02/28/2026 |
| Impetuoso | 10/10/2025 | 02/28/2026 |

**EXHIBIT J**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

(Gainesville Division)

| | | |
|---|---|---|
| SHERYL ("Sherry") CARR | ) | Civil Action No.  2:25-CV-00312-SCJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FABRIZIO SBURLATI, | ) | |
| a/k/a "Fabri Esse", | ) | |
| Defendant. | ) | |

---

## CERTIFICATE OF SERVICE

---

I hereby certify that I have served a true and correct copy of PLAINTIFF'S SUPPLEMENTAL NOTICE OF OFFICIAL UNITED STATES COPYRIGHT OFFICE CORRESPONDENCE upon Defendant Fabrizio Sburlati via email and USPS First Class Mail, international postage prepaid, addressed to:  Fabrizio Sburlati, Via Giuseppe Bonino 3, La Cassa, TO 10040 Italy

Respectfully submitted this 10th day of August, 2026.

*Sheryl Carr*

Sheryl (Sherry) Carr
Plaintiff, *Pro Se*
1275 Jefferson Hwy
Winder, GA 30680
(404) 216-2177
seuntallc@gmail.com